UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GAYLE DICHIARA                                             JURY TRIAL DEMANDED

Vs.                                                        CASE NO. 3:09CV

HSBC BANK NEVADA, N.A.

## COMPLAINT

1. This is an action for actual damages, statutory relief, punitive damages and attorneys fees for violation of the Fair Credit Billing Act (part of the Truth in Lending Act), 15 U.S.C. §1666 and Regulation Z issued thereunder; the Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. §42-110a et seq., breach of contract and the implied covenant of good faith and fair dealing arising from plaintiff's GM World MasterCard ("GM Card") ending in 9127 and later 8125.

2. This Court has jurisdiction. 15 U.S.C. §§1640(e) and 28 U.S.C. §§1331 and 1367.

3. Plaintiff is a resident of Connecticut.

4. At all times relevant hereto, defendant HSBC, in the ordinary course of business, was the issuer and processor of plaintiff's GM Card and regularly extended open credit to consumers who are natural persons, and on which defendant assessed finance charges.

5. On or about March 21, 2008, plaintiff's credit card number was elicited to pay $12,000 based on fraudulent assertions of her liability on a Sovereign Bank account, and under the coercion and duress of threat of imminent arrest and imprisonment for fraud.

6. Plaintiff immediately notified defendant to cancel the $12,000 charge.

7. Plaintiff filed a fraud report with the State Police on March 24, 2008.

8. Defendant closed the GM Card but transferred the fraudulent charge to a new card ending in 8125.

9. Plaintiff notified the defendant in writing of the dispute about the fraudulent use of the GM Card.

10. Defendant investigated but declined to remove the disputed charge.

11. Defendant continued to bill plaintiff even though it did not meet its burden of proof that the use was authorized. 15 U.S.C. § 1643.

12. Defendant did not comply with the time limits, investigation obligations, restrictions, or notice provisions of 15 U.S.C. §1666 or Reg. Z, 12 C.F.R. ' 226.13 before it reversed the charge on July 28, 2008.

WHEREFORE, plaintiff claims relief provided by 15 U.S.C. §1640(a), and ' 1666(e), and state law, plus actual damages, punitive damages, costs and attorney's fees

THE PLAINTIFF

BY_____/s/ Joanne S. Faulkner____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net